IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

LORI BUTLER, et al.,

            Plaintiffs,

v.                                  CIVIL ACTION NO. 2:16-cv-03988

GENERIC MEDICAL DEVICES, INC.,

            Defendant.

## MEMORNADUM OPINION AND ORDER

On July 15, 2019, I entered an order directing plaintiffs to show cause on or before August 5, 2019, why their case should not be dismissed without prejudice as to the remaining defendant, Generic Medical Devices, Inc., pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs have not shown cause. The court **ORDERS** that plaintiffs' case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendant within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                        ENTER: October 17, 2019

                                        JOSEPH R. GOODWIN
                                        UNITED STATES DISTRICT JUDGE